# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Carson ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  3:12cv390

North Carolina ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 3, 2012 Order.

                                              Signed: July 3, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court